UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
LUIGI GIROTTO,                                               :
:
                        Plaintiff,                :
                                                  : 23-CV-4005 (VSB)
              -against-                         :
                                                   : **ORDER**
THOM SWEENEY BROADWAY, INC., et al.,:
:
                       Defendants.              :
:
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on May 13, 2023.  (Doc. 1.)  After multiple extension requests, the deadline for all Defendants to respond to Plaintiff's complaint was set to November 14, 2023. (Doc. 14.)  To date, Defendant Thom Sweeney Broadway, Inc. ("Thom Sweeney") has not responded to the complaint.  Accordingly, the deadline for Thom Sweeney to respond to the complaint is extended until November 20, 2023.

SO ORDERED.

Dated:    November 16, 2023
             New York, New York

                                                                            _____
                                                                      VERNON S. BRODERICK
                                                                      United States District Judge