UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
LUIGI GIROTTO, :
:
                    Plaintiff, :
: 23-cv-4005 (VSB)
        -against- :
: **ORDER**
:
THOM SWEENEY BROADWAY, INC., *a* :
*Delaware corporation doing business as* :
*Thom Sweeney-Soho*, and 362 WEST :
BROADWAY COOPERATIVE CORP., *a* :
*New York corporation*, :
:
                    Defendants. :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On November 14, 2023, Defendant 362 West Broadway Cooperative Corp. ("362 West") served its crossclaims on Defendant Thom Sweeney Broadway, Inc. ("Thom Sweeney"). (Doc. 17.) On November 20, 2023, Thom Sweeney served its crossclaims on 362 West. (Doc. 20.) Pursuant to the Federal Rule of Civil Procedure 12(a)(1)(B), both parties had 21 days after being served to answer the crossclaim. To date, neither party has answered the crossclaim. Accordingly, it is hereby ordered that both parties shall answer the crossclaim filed against it by December 27, 2023.

SO ORDERED.

Dated: December 13, 2023
       New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge